AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

AUG 28 2020

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Joel RESENDEZ<br>YOB: 1979 CITIZENSHIP: United States<br>*Defendant(s)* | Case No. M-20-1664-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 28, 2020 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | did knowingly and intentionally import with the intent to distribute approximately 9.76 kilograms of methamphetamine, a Schedule II controlled substance |
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 9.76 kilograms of methamphetamine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

/S/ Brian Bagnoli
*Complainant's signature*

Brian Bagnoli, U.S. H.S.I. Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: August 28, 2020 6:12 p.m.

Peter E Ormsby
*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

Attachment "A"

On August 28, 2020, Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office received information from Customs and Border Protection (CBP), Office of Field Operations (OFO) at the Hidalgo, Texas Port of Entry (POE), in reference to the seizure of approximately 9.76 kg of methamphetamine, which was found in a speaker and the spare tire of a vehicle making entry into the United States from Mexico. The driver and sole occupant of the vehicle was identified as Joel RESENDEZ.

CBP Officers Edna Rios and Efrain Gonzalez were working an Inbound Operation at the Hidalgo POE primary lanes. At approximately 0944 hours, CBP Officers Rios and Gonzalez observed a Maroon Ford Five Hundred with Texas plates, LZD1110 approaching the inbound lanes entering the United States. CBP Officers inspected the vehicle and utilized a handheld x-ray on the speaker in the trunk. The CBP Officers noticed inconsistencies with the scans of the speaker and advised the CBP Officer at the primary inspection lane, CBP Officer Sifuentes, to refer the vehicle to secondary for further inspection. CBP Officer Sifuentes stated Joel RESENDEZ applied for entry into the United States at approximately 0946 hours. CBP Officer Sifuentes stated RESENDEZ stated he was in Reynosa, Mexico visiting his family. CBP Officer Sifuentes obtained a negative oral declaration for plants, meats, vegetables, drugs, firearms, and money in excess of $10,000 from RESENDEZ. CBP Officer Sifuentes referred RESENDEZ to secondary inspection. Once in secondary inspection, narcotics were located inside the speaker in the trunk and in the spare tire in the trunk. The speaker and spare tire contained a white crystal-like substance that field tested positive for characteristics of methamphetamine.

HSI McAllen Special Agent responded to assist in the investigation. During a post Miranda interview of RESENDEZ, RESENDEZ made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:

RESENDEZ stated he went to Mexico to drop off his son. After he dropped his son off, he went to a pharmacy and then came back to the United States. RESENDEZ stated no one else had possession of his car while he was in Mexico. RESENDEZ stated he purchased the speaker and the spare tire at a flea market in Palmview, TX about a week and a half prior to today's date.

Law enforcement record checks indicate the vehicle is registered to an address located in Palmview, TX. This same address in Palmview, TX is indicated on RESENDEZ's driver's license. RESENDEZ stated he currently resides at that address indicated on his driver's license located in Palmview, TX and stated it is his mother's house. Law enforcement record checks also indicate that RESENDEZ has previously crossed numerous times with the Texas plate, LZD1110.